UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
Mark R. Gallagher,

        Plaintiff,

    -against-

Michael J. Astrue, *Commissioner of Social Security*,

        Defendant.
------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 6 2008

08 Civ 1927 (PAC)(MHD)
**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

____ General Pretrial(including scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositive Motion/Dispute:*
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

____ Settlement*

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

____ Habeas Corpus

__X__ Social Security

____ Dispositive Motion (i.e. motion requiring a Report and Recommendation)

* Do not check if already referred for general pretrial

DATED:   New York, New York
             March 6, 2008

SO ORDERED

_/s/ Paul A. Crotty_
Paul A. Crotty
United States District Judge

Copies Mailed By Chambers To:

Christopher Fowler
89 West Tremont Avenue, #5N
Bronx, NY

Magistrate Judge Michael H. Dolinger (MHD)