```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 7 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
Christopher Fowler,
           Plaintiff,

      -against-                                    08 Civ 1927 (PAC)(MHD)
                                                      AMENDED ORDER OF REFERENCE
Michael J. Astrue, *Commissioner of Social*            TO A MAGISTRATE JUDGE
*Security,*
           Defendant.
------------------------------------------------------X

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

____ General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

____ Settlement*

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

____ Habeas Corpus

**X** **Social Security**

____ Dispositive Motion (i.e. motion requiring a Report and Recommendation)

____ Inquest After Default/Damages Hearing

=====================================================

* Do not check if already referred for general pretrial

DATED:   New York, New York
           March 7, 2008

Copies Mailed By Chambers To:

Christopher Fowler
89 West Tremont Avenue, #5N
Bronx, NY

Magistrate Judge Michael H. Dolinger (MHD)

SO ORDERED

*/s/ Paul A. Crotty*
Paul A. Crotty
United States District Judge