MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-0378
Fax. (212) 637-2750
Leslie.Ramirez-Fisher@usdoj.gov

☐ ORIGINAL

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                               :
CHRISTOPHER FOWLER,            :
                               :
            Plaintiff,         :
                               :
      - v. -                   :
                               :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,             :   08 Civ. 1927 (PAC)
Commissioner of                :
Social Security,               :
                               :
            Defendant.         :
                               :
- - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from May 6, 2008 to and including July 7, 2008.  The reason for the request is because the

defendant's counsel has not yet been able to complete her review of the administrative record.  No prior extension has been requested in this case.

Dated:   New York, New York
         April 2/ , 2008

                                 CHRISTOPHER FOWLER
                                 Plaintiff pro se
                                 89 West Tremont Avenue
                                 Bronx, New York   10453
                                 Telephone No.: (718) 901-2703

                                 MICHAEL J. GARCIA
                                 United States Attorney
                                 Southern District of New York
                                 Attorney for Defendant

By: _____
     LESLIE A. RAMIREZ-FISHER
     Assistant United States Attorney
     86 Chambers Street - 3rd Floor
     New York, New York  10007
     Telephone No.: (212) 637-0378

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
4-29-08