```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------X
                                   :
CHRISTOPHER FOWLER,                :
                                   :
              Plaintiff,           :       ORDER
                                   :
       -against-                   :   08 Civ. 1927 (PAC)(MHD)
                                   :
COMMISSIONER OF SOCIAL SECURITY,   :
                                   :
              Defendant.           :
                                   :
-----------------------------------X

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

It is hereby **ORDERED** as follows:

1. Defendant is to serve her motion for judgment on her pleadings by no later than **MONDAY, SEPTEMBER 8, 2008**.

2. Plaintiff is to serve his responding papers by no later than **MONDAY, NOVEMBER 10, 2008**.

DATED: New York, New York
       July 9, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE


Copies of the foregoing Order have been mailed this date to:

Herbert Samuel Forsmith, Esq.
Herbert S. Forsmith, Attorney at Law
26 Broadway
17th Floor
New York, NY 10004

Leslie A. Ramirez-Fisher, Esq.
United States Attorney's Office
Southern District of New York
86 Chambers Street
3rd Floor
New York, NY 10007