ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-0378
Fax. (212) 637-2750

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 0 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
CHRISTOPHER FOWLER,              :
                                 :
              Plaintiff,         :
                                 :
         - v. -                  :
                                 :   STIPULATION AND ORDER
                                 :
MICHAEL J. ASTRUE,               :   08 Civ. 1927 (PAC)
Commissioner of                  :
Social Security,                 :
                                 :
              Defendant.         :
                                 :
- - - - - - - - - - - - - - - - x

    IT IS HEREBY STIPULATED AND AGREED, by and between

the attorneys for the defendant and the plaintiff, that this

action be, and hereby is, remanded to the Commissioner of Social

Security, pursuant to sentence four of 42 U.S.C. § 405(g), for

further administrative proceedings. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated: New York, New York
       July 25, 2008

By _____
HERBERT S. FORSMITH, ESQ.
Attorney for Plaintiff
26 Broadway, 17th Floor
New York, New York 10004
Telephone No.: (718) 809-1772

MICHAEL J. GARCIA
United States Attorney
Southern District of New York
Attorney for Defendant

By: _____
LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York 10007
Telephone No.: (212) 637-0378
Leslie.Ramirez-Fisher@usdoj.gov

SO ORDERED: AUG 20 2008

_____
UNITED STATES DISTRICT JUDGE